**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Alaska Logistics LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Alaska Logistics** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **11-3677396** |

| | |
|---|---|
| 4. **Debtor's address** | |

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **755 S Portland St**<br>**Seattle, WA 98108** | **PO Box 3512**<br>**Seattle, WA 98124-3512** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **King** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **alaska-logistics.com** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>4841</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District _____ | | When _____ | | Case number _____ | |
| District _____ | | When _____ | | Case number _____ | |

Case 23-11250-CMA    Doc 1    Filed 07/07/23    Ent. 07/07/23 14:16:37    Pg. 2 of 23

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Case 23-11250-CMA    Doc 1    Filed 07/07/23    Ent. 07/07/23 14:16:37    Pg. 3 of 23

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 7, 2023**
MM / DD / YYYY

**X** **/s/ Allyn Long**                                            **Allyn Long**
Signature of authorized representative of debtor          Printed name

Title   **General Manager/President**

**18. Signature of attorney**

**X** **/s/ Faye C. Rasch**                          Date **July 7, 2023**
Signature of attorney for debtor                            MM / DD / YYYY

**Faye C. Rasch**
Printed name

**Wenokur Riordan PLLC**
Firm name

**600 Stewart Street**
**Suite 1300**
**Seattle, WA 98101**
Number, Street, City, State & ZIP Code

Contact phone   **2067240846**      Email address  **faye@wrlawgroup.com**

**50491 WA**
Bar number and State

DocuSign Envelope ID: 7B6AD6CE-6989-435E-943E-7E05805188E4

**WRITTEN CONSENT**
**OF MAJORITY MEMBER OF**
**ALASKA LOGISTICS, LLC**

**RE: CHAPTER 11 BANKRUPTCY**

The undersigned, being the sole member of Alaska Logistics, LLC, a Washington limited liability company (the "***Company***"), does hereby consent without a meeting to the actions and resolutions described below, with the same force and effect as if such actions and resolutions had been adopted at a meeting of the members duly called and held on this date:

WHEREAS, it is in the best interest of the Company to prevent a foreclosure of its assets and to be afforded an opportunity to revise the terms of its financing and otherwise reorganize its business operations, and it being determined that the preferred course of action for accomplishing those goals is to file a Chapter 11 bankruptcy petition;

NOW THEREFORE, BE IT RESOLVED that the Company be, and hereby is, authorized and empowered to file a Chapter 11 bankruptcy in the Western District of Washington, and to retain and employ the law firm of Wenokur Riordan PLLC to provide legal services related to the same; and it is further

RESOLVED that Allyn Long, as managing member of the Company, is authorized and directed to sign all Chapter 11 bankruptcy documents on behalf of the Company, and to appear and testify on behalf of the Company at all scheduled meetings to be conducted in the bankruptcy case; and it is further

RESOLVED that this Consent may be executed in counterparts and transmitted by scanned and emailed signatures.

DATED June ___1___, 2023.

*Allyn Long*
_____
Allyn Long, Sole Member

Debtor name  **Alaska Logistics LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July  7, 2023**         X **/s/ Allyn Long**
                                           Signature of individual signing on behalf of debtor

                                         **Allyn Long**
                                           Printed name

                                         **General Manager/President**
                                           Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Alaska Logistics LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Affordable Storage Containers 1670 Marine View Drive Tacoma, WA 94722** | | | | | | **$70,250.00** |
| **Alaska Railroad Corp PO Box 100520 Anchorage, AK 99510-3515** | | | | | | **$47,479.66** |
| **American Express PO Box 650448 Dallas, TX 75265-0448** | | | | | | **$39,648.48** |
| **Bank of America Po Box 30750 Los Angeles, CA 90030-0750** | | | | | | **$112,000.00** |
| **Bristol Alliance Fuels, LLC PO Box 1529 Dillingham, AK 99576** | | | | | | **$94,045.00** |
| **Bristol Bay Borough PO Box 189 Naknek, AK 99633-0189** | | | | | | **$51,922.55** |
| **City of Bethel PO Box 388 Bethel, AK 99559-0388** | | | | | | **$78,043.35** |
| **City of Dillingham PO Box 889 Dillingham, AK 99576** | | | | | | **$21,343.90** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Covich Williams<br>PO Box 17913<br>Seattle, WA 98127-1913 | | | | | | $51,867.49 |
| Cummins<br>3717 McDougall Ave.<br>Everett, WA 98201 | | | | | | $30,875.62 |
| JAG<br>PO Box 969<br>Seward, AK 99664 | | | | | | $175,000.00 |
| Kenai Peninsula Borough<br>Property Tax Division<br>PO Box 3040<br>Soldotna, AK 99669 | | | | | | $24,650.37 |
| Moss-Adams LLP<br>PO Box 101822<br>Pasadena, CA 91189-1822 | | | | | | $43,750.00 |
| PNW Equipment, Inc.<br>7701 South 200th St<br>Kent, WA 98032 | | | | | | $160,514.12 |
| Ream Family LLC<br>PO BOX 80925<br>Seattle, WA 98108 | | | | | | $22,500.00 |
| Rick Haskell<br>2205 Maple Valley Hwy Apt. 610<br>Renton, WA 98057 | | | | | | $100,000.00 |
| Samson Tug and Barge<br>PO Box 94101<br>Seattle, WA 98124-9406 | | | | | | $700,976.50 |
| Sockeye Point Marine Service<br>6000 C Street, Ste 205<br>Anchorage, AK 99518 | | | | | | $21,490.00 |
| Steve Sauerbrey<br>10629 SE 237th<br>Kent, WA. 98031<br>Kent, WA 98031 | | | | | | $100,000.00 |
| Uresco<br>PO Box 1778<br>Kent, WA 98035-1778 | | | | | | $200,000.00 |

# United States Bankruptcy Court
## Western District of Washington

In re **Alaska Logistics LLC**                                                     Case No.
                                                    Debtor(s)          Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                        $              **80,000.00**

    Prior to the filing of this statement I have received              $              **58,832.00**

    Balance Due                                                        $              **21,168.00**

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**July  7, 2023**                                 **/s/ Faye C. Rasch**
*Date*                                            **Faye C. Rasch**
                                                  *Signature of Attorney*
                                                  **Wenokur Riordan PLLC**
                                                  **600 Stewart Street**
                                                  **Suite 1300**
                                                  **Seattle, WA 98101**
                                                  **2067240846**
                                                  **faye@wrlawgroup.com**
                                                  *Name of law firm*

# United States Bankruptcy Court
## Western District of Washington

In re    **Alaska Logistics LLC**                  Case No. _____

                                         Debtor(s)       Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the General Manager/President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **July  7, 2023** _____        **/s/ Allyn Long** _____

                                                **Allyn Long**/**General Manager/President**
                                                 Signer/Title

AFFORDABLE STORAGE CONTAINERS
1670 MARINE VIEW DRIVE
TACOMA, WA 94722


AIRGAS USA, LLC
PO BOX 102289
PASADENA, CA 91189-2289


AK DEP
ENVIRONMENTAL CONSERVATION
DIVISION OF ADMIN SERVICES
PO BOX 111800
JUNEAU, AK 99811


ALASKA INDUSTRIAL HARDWARE
8801 OLD SEWARD HIGHWAY
ANCHORAGE, AK 99515


ALASKA MARINE COATINGS, LLC
PO BOX 2636
SEWARD, AK 99664


ALASKA NATIONAL INSURANCE CO
3030 N 3RD ST
PHOENIX, AZ 85012


ALASKA RAILROAD CORP
PO BOX 100520
ANCHORAGE, AK 99510-3515


ALASKA RUBBER & RIGGING
5811 OLD SEWARD HWY
ANCHORAGE, AK 99518


ALASKA WASTE
PO BOX 196097
ANCHORAGE, AK 99519-6097


ALLIANCE FUNDING GROUP
17542 17TH STREET, STE 200
TUSTIN, CA 92780


AMERICAN EXPRESS
PO BOX 650448
DALLAS, TX 75265-0448

ARCTIC WIRE ROPE
5811 OLD SEWARD HIGHWAY
ANCHORAGE, AK 99518


BANK OF AMERICA
PO BOX 30750
LOS ANGELES, CA 90030-0750


BANNER BANK
2227 NW 57TH ST
SEATTLE, WA 98107


BEACON OHSS
PO BOX 3852
SEATTLE, WA 98124-3852


BLANCHARD AUTO ELECTRIC
9112 EAST MARGINAL WAY SOUTH
SEATTLE, WA 98108-4028


BONANZA FUEL
PO BOX 1129
NOME, AK 99762


BRISTOL ALLIANCE FUELS, LLC
PO BOX 1529
DILLINGHAM, AK 99576


BRISTOL BAY BOROUGH
PO BOX 189
NAKNEK, AK 99633-0189


BUOYS-R-US
100 W HARRISON ST., SUITE S560
SEATTLE, WA 98119-4135


C&T FIRE PROTECTION, INC
907 E. DOWLING RD., STE 13
ANCHORAGE, AK 99518


CARLILE
PO BOX 84048
SEATTLE, WA 98124-8448

```
CENTRAL WELDING SUPPLY
PO BOX 179
NORTH LAKEWOOD, WA 98259


CHANNEL PARTNERS/EFFI FINANCE
11100 WAYZATA BLVD
HOPKINS, MN 55305


CHARLES TAYLOR MARINE TECH SVCS
5868 WESTHEIMER, 1A,
HOUSTON, TX 77057


CITI CARD
PO BOX 790046
SAINT LOUIS, MO 63179


CITY OF BETHEL
PO BOX 388
BETHEL, AK 99559-0388


CITY OF DILLINGHAM
PO BOX 889
DILLINGHAM, AK 99576


CITY OF NOME
102 DIVISIION STREET
NOME, AK 99762


CITY OF SEATTLE
LICENSING & TAX ADMINISTRATION
PO BOX 34214
SEATTLE, WA 98124-4214


CITY OF SEWARD
PO BOX 167
SEWARD, AK 99664


CITY OF SHAKTOOLIK
ATTN: ISABELLE JACKSON
PO BOX 10
SHAKTOOLIK, AK 99771


CITY OF UNALASKA
ATTN: ACCOUNTS RECEIVABLE
UNALASKA, AK 99685
```

```
COMCAST BUSINESS CA
PO BOX 60533
CITY OF INDUSTRY, CA 91716-0533


COMCAST BUSINESS PA
PO BOX 37601
PHILADELPHIA, PA 19101-0601


CONTINENTAL WESTERN CORP
1232 ANDOVER PARK WEST
TUKWILA, WA 98188


COVICH WILLIAMS
PO BOX 17913
SEATTLE, WA 98127-1913


CRANE CONSULTANTS, INC.
15303 FIRST AVENUE SOUTH
BURIEN, WA 98148


CRUZ CONSTRUCTION
7000 E PALMER WASILLA HIGHWAY
PALMER AK 99645


CRYSTAL SPRINGS
PO BOX 665079
DALLAS, TX 75266-0579


CUMMINS
3717 MCDOUGALL AVE.
EVERETT, WA 98201


DELTA WESTERN
PO BOX 94356
SEATTLE, WA 98124-6656


DEPARTMENT OF ECOLOGY WA
PO BOX 34050
SEATTLE, WA 98124-1050


DEPARTMENT OF LICENSING WA
PO BOX 9020
OLYMPIA, WA 98507
```

DESCARTES SYSTEMS
C/O BANK OF AMERICA
PO BOX 404037
ATLANTA, GA 30384-4037


FISHERIES SUPPLY
1900 N NORTHLAKE WAY #10
SEATTLE, WA 98103


FLEET MAINTENANCE SERVICE LLC
607 ASH ST
SEWARD, AK 99664


GC LABELS
PO BOX 514
STILWELL, KS 66085


GCI
PO BOX 99001
ANCHORAGE, AK 99509-9016


GCR TIRE SERVICE
1150 E. INT'L AIRPORT RD
ANCHORAGE, AK 99518


GLACIER CONSTRUCTION SERVICES, INC
PO BOX 25
NAKNEK, AK 99633


GLACIER FAMILY MEDICINE
11724 SEWARD HWY SUITE D
SEWARD, AK 99664-9708


GRAINGER
DEPT. 864480231
KANSAS CITY, MO 64141-6267


GREAT WESTERN PUMP
1531 WEST NICKERSON ST.
SEATTLE, WA 98119


HAMILTON JET, INC.
14680 NE WOODINVILLE WAY, STE 100
WOODINVILLE, WA 98072

```
HARDWARE SPECIALTY CO.
3419 11TH AVE SW
SEATTLE, WA 98134-1007


HART HEALTH
PO BOX 94044
SEATTLE, WA 98124-9444


HATTON MARINE
4735 SHILSHOLE AVE NW
SEATTLE, WA 98107


INNOVATIVE SATELLITE SOLUTIONS
18012 MILL CREEK DRIVE
ROCKVILLE, MD 20855


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA, PA 19101


INTERNAL REVENUE SERVICES
915 2ND AVE, M/S W244
SEATTLE, WA 98174


IQFIJOUAQ COMPANY
PO BOX 49
EEK, AK 99578


JAG
PO BOX 969
SEWARD, AK 99664


JEMCO,INC
PO BOX 81181
SEATTLE, WA 98108


KENAI PENINSULA BOROUGH
SALES TAX DIVISION
144 NORTH BINKLEY STREET
SOLDOTNA, AK 99669-7520
```

KENAI PENINSULA BOROUGH
PROPERTY TAX DIVISION
PO BOX 3040
SOLDOTNA, AK 99669


KIM MARINE DOCUMENTATION
180 NICKERSON ST. SUITE 212
SEATTLE, WA 98109


KING COUNTY TREASURY
KING STREET CENTER
201 SOUTH JACKSON STREET #710
SEATTLE, WA 98104


KING COVE BOAT HARBOR
PO BOX 37
KING COVE, AK 99612


LANE POWELL
1420 5TH AVE #4200
SEATTLE, WA 98101


LUNDE MARINE ELECTRONICS
5415 24TH AVE NW
SEATTLE, WA 98107


MARINE CONTAINER (MCS)
PO BOX 407
SEAHURST, WA 98062


MARINE EXCHANGE OF AK
1050 HARBOR WAY
JUNEAU, AK 99801


MATHESON TRI-GAS
DEPT. LA 23793
PASADENA, CA 91185


MC SERVICES LLC
204 E 46TH ST
TACOMA, WA 98404


MILLER NASH LLP
2801 ALASKAN WAY, SUITE 300
SEATTLE, WA 98121

```
MINT DENTAL
2665 E TUDOR RD #300
ANCHORAGE, AK 99507


MOSS-ADAMS LLP
PO BOX 101822
PASADENA, CA 91189-1822


MULTIFAB INC.
3808 N. SULLIVAN RD. BLDG. #6
SPOKANE, WA 99216-1614


NAPA AUTO - NOME
405 WAREN PLACE, #1269
NOME, AK 99762


NAPA AUTO - SEWARD
BROOKS RANGE KENAI LLC
1500 3RD AVE
SEWARD, AK 99664


NAPA AUTO PARTS
FILE # 56893
LOS ANGELES, CA 90074-6893


NAPAIMUTE
PO BOX 1301
BETHEL, AK 99559


NATHAN ADAMS
PO BOX 1590
NOME., AK 99762


NATIONAL DISCOUNT MERCHANT SVC
1140 HIGHLAND AVE #193
MANHATTAN BEACH, CA 90266


NMFTA
1001 NORTH FAIRFAX STREET SUITE 600
ALEXANDRIA, VA 22314


PACFAB
4215 23RD AVE WEST
SEATTLE, WA 98199
```

PHMG
401 NORTH MICHIGAN AVE
CHICAGO, IL 00066-0611


PNW EQUIPMENT, INC.
7701 SOUTH 200TH ST
KENT, WA 98032


PORT OF KODIAK
4030 MARINE WAY
KODIAK, AK 99615


PORTAGE TRANSPORT, INC.
PO BOX 1991
SEWARD, AK 99664


PORTLAND TRACTOR INC.
PO BOX 750
WASHOUGAL, WA 98671-0750


PROVIDENCE SEWARD MEDICAL CENTER
PO BOX 196276
ANCHORAGE, AK 99519


REAM FAMILY LLC
PO BOX 80925
SEATTLE, WA 98108


RICK HASKELL
2205 MAPLE VALLEY HWY APT. 610
RENTON, WA 98057


ROBERT W MADDEN INC.
MOONLIGHT SPRINGS
116 E 1ST AVE
NOME, AK 99762


SAFEWAY STORE
PO BOX 742918
LOS ANGELES, CA 90074-2918


SAMSON TUG AND BARGE
PO BOX 94101
SEATTLE, WA 98124-9406

```
SBS INC.
1308 CHAMBERLAIN RD.
SEWARD, AK 99664


SEWARD BOAT HARBOR
P.O. BOX 167
SEWARD, AK 99664


SEWARD SHIP'S ACE & MARINE
PO BOX 944
SEWARD, AK 99664


SHORESIDE PETROLEUM, INC
PO BOX 1189
SEWARD, AK 99664-1189


SOCKEYE POINT MARINE SERVICE
6000 C STREET, STE 205
ANCHORAGE, AK 99518


SOURDOUGH EXPRESS, INC
PO BOX 73398
FAIRBANKS, AK 99707


SPIRIT TRANSPORT SYSTEMS
8223 SOUTH 222ND ST
KENT, WA 98032


STEELER CONSTRUCTION SUPPLY
10023 M.L.KING JR WAY SOUTH
SEATTLE, WA 98178


STEVE SAUERBREY
10629 SE 237TH KENT, WA. 98031
KENT, WA 98031


TACOMA SCREW PRODUCTS
PO BOX 35165
SEATTLE, WA 98124-5165


TELALASKA INC.
201 E 56TH AVE
ANCHORAGE, AK 99518
```

THE NOME NUGGET, INC.
PO BOX 610
NOME, AK 99762-0610


THE WORK CLINIC
PO BOX 69167
SEATTLE, WA 98168-1167


TRIDENT SEAFOODS
PO BOX 229
SAND POINT, AK 99661


URESCO
PO BOX 1778
KENT, WA 98035-1778


URESCO CONSTRUCTION MATERIALS
PO BOX 1778
KENT, WA 98035-1778


US PRINTING
6501 E MARGINAL WAY S
SEATTLE, WA 98108


WA DEPARTMENT OF REVENUE
BANKRUPTCY/CLAIMS UNIT
2101 4TH AVE #1400
SEATTLE, WA 98121


WASHINGTON CHAIN & SUPPLY
DEPT. 2351
DALLAS, TX 75312-2351


WASTE MANAGEMENT
PO BOX 3020
MONROE, WI 53566-8320


WESTERM TOW BOAT
617 NW 40TH ST
SEATTLE, WA 98107


YUKON AVIATION
PO BOX 976
BETHEL, AK 99559

# United States Bankruptcy Court
## Western District of Washington

In re   **Alaska Logistics LLC**           Case No. _____

                 Debtor(s)         Chapter    **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Alaska Logistics LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 7, 2023** _____

Date

**/s/ Faye C. Rasch** _____

**Faye C. Rasch**

Signature of Attorney or Litigant

Counsel for   **Alaska Logistics LLC** _____

**Wenokur Riordan PLLC**
**600 Stewart Street**
**Suite 1300**
**Seattle, WA 98101**
**2067240846**
**faye@wrlawgroup.com**